ANDREW FERGUSON v. THOMAS J. GRIFFITH.

Usury—Voluntary Payment on Note Before Due, Does Not Stop Interest—
Jurisdiction of Appellate Court.

The voluntary payment on a note before its maturity, gives the payor
no right to stop the inerest; therefore only so much as was paid over
and above the legal interest, on the sum borrowed, would be usurious.
An over-payment thus made of $48.03 is a sum of which the Appellate
Court has no jurisdiction.

APPEAL FROM JEFFERSON CIRCUIT COURT, CHANCERY DIVISION.

September 26, 1868.

OPINION OF THE COURT BY JUDGE WILLIAMS:

The debt and mortgage by Ferguson and wife to Griffith was
not due until September 12th, 1867. They had stipulated to pay
Griffith interest until that day for the use of the loaned money,
a voluntary payment prior thereto gives them no right to stop the
interest, therefore, only so much as was paid over and above legal
interest, on the sum borrowed, until September 12th, 1867, was
usurious. The payment of three hundred dollars July 25, there-
fore, only included $21.78 of usury, the amount loaned on one
year's time being $262.50, which sum added to the attorney fee
of $25, also voluntarily paid according to a covenant in the mort·
gage, and interest on both sums from date of payment until the
rendition of the judgment, January 3, 1868, would only make
$48.03, a sum which this court has not jurisdiction, therefore the
appeal is dismissed.

*Worthington, for appellant.*

*Harrison & Bennett, for appellee.*